### Edward R. SPEARS, a/k/a Edward Rodney Spears, Plaintiff–Appellant,

v.

### FLORENCE MAGISTRATE COURT, civil dept.; Judge Neon Langely; Judge Eugene Cooper; Constable Mary Eaddy, Defendants–Appellees.

No. 12–1025.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Edward Spears, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Spears appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spears v. Florence Magistrate Court,* No. 4:11–cv–01717–TLW, 2011 WL 4943937 (D.S.C. Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*